NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERNET MACHINES LLC,**
*Plaintiff-Cross Appellant,*

**v.**

**CYCLONE MICROSYSTEMS, INC., PLX TECHNOLOGY, INC., EXTREME ENGINEERING SOLUTIONS, INC., GE INTELLIGENT PLATFORMS EMBEDDED SYSTEMS, INC. (also known as General Electric Enterprise Solutions, a Division of General Electric Company), NATIONAL INSTRUMENTS CORPORATION,** AND **VADATECH, INC.,**
*Defendants-Appellants.*

---

2013-1516, -1517

---

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0023, Judge Michael H. Schneider.

---

## JUDGMENT

---

JAY F. UTLEY, Baker & McKenzie LLP, of Dallas, Texas, argued for defendants-appellants. With him on the

brief were BRIAN C. MCCORMACK and W. BARTON RANKIN; and KEVIN M. O'BRIEN, of Washington, DC.

JOHN J. EDMONDS, Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC, of Houston, Texas, argued for plaintiff-cross appellant. With him on the brief were STEPHEN F. SCHLATHER and SHEA PALAVAN.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 11, 2014         /s/ Daniel E. O'Toole
     Date             Daniel E. O'Toole
                          Clerk of Court